Fill in this information to identify the case:

United States Bankruptcy Court for the:
**District of Hawaii**

Case number (if known): _____ Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. Debtor's name | **Maui Life Construction, LLC** |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as names* | **Maui Windows and Doors** |
| 3. Debtor's federal Employer Identification Number (EIN) | **4 6 – 5 3 8 3 7 5 8** |

**4. Debtor's address**

**Principal place of business**

**1577 Naalae Rd**
Number     Street

**Kula, HI 96790-7750**
City                          State     ZIP Code

**Maui**
County

**Mailing address, if different from principal place of business**

Number     Street

City                          State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number     Street

City                          State     ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

U.S. Bankruptcy Court - Hawaii - #25-00133 - Dkt # 1 - Filed 02/13/25   Page 1 of 48

Debtor  **Maui Life Construction, LLC**
_____
Name

Case number *(if known)* _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY

           District _____ When _____ Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor  **Andrew Leonard Keenan** _____  Relationship  **Owner of Maui Life Construction LLC**

District  **District of Hawaii** _____  When  **7/18/2024**
                                                        MM / DD / YYYY

Case number, if known  **24-00649**

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

# Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:* |
|---|---|

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

| 14. Estimated number of creditors | ☐ 1-49 | ☑ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| 15. Estimated assets | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

U.S. Bankruptcy Court - Hawaii  #25-00133  Dkt # 1  Filed 02/13/25  Page 3 of 48

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **02/13/2025**
            MM/ DD/ YYYY

**X** /s/ Andrew Leonard Keenan             **Andrew Leonard Keenan**

Signature of authorized representative of debtor        Printed name

Title       **Owner**

**18. Signature of attorney**

**X**        /s/ Ofir Raviv        Date **02/13/2025**

Signature of attorney for debtor             MM/ DD/ YYYY

**Ofir Raviv**

Printed name

**Square One Legal LLLC**

Firm name

**1001 Bishop St. 2850**

Number      Street

**Honolulu**           **HI**      **96813**

City                    State     ZIP Code

_____        **ofir@squareonelegal.com**

Contact phone             Email address

**10413**             **HI**

Bar number             State

Fill in this information to identify the case:

Debtor Name  **Maui Life Construction, LLC**

United States Bankruptcy Court for the: District of  **Hawaii**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Bank of Hawaii** | **Checking account** | **8  7  6  8** | **$19,934.67** |

4. **Other cash equivalents** *(Identify all)*

   4.1

   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$19,934.67**

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1

   7.2

U.S. Bankruptcy Court - Hawaii  #25-00123  Dkt # 1  Filed  02/13/25  Page 5 of 48

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1  _____    _____

8.2  _____    _____

**9.**  **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.                  [_____]

| Part 3: | Accounts receivable |
|---|---|

**10.**  **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11.**  **Accounts receivable**

11a. 90 days old or less:  _____ – _____ =.... ➔   _____
                          face amount            doubtful or uncollectible accounts

11b. Over 90 days old:  _____ – _____ =.... ➔   _____
                        face amount            doubtful or uncollectible accounts

**12.**  **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.     [_____]

| Part 4: | Investments |
|---|---|

**13.**  **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.**  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1  _____    _____    _____

14.2  _____    _____    _____

**15.**  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

15.1 _____    _____    _____    _____

15.2 _____    _____    _____    _____

**16.**  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

U.S. Bankruptcy Court - Hawaii   #25-00123   Dkt # 1   Filed  02/13/25   Page 6 of 48

| 16.1 | | | |
| 16.2 | | | |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| **20. Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | | | | |
| | MM / DD / YYYY | | | |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

U.S. Bankruptcy Court - Hawaii  #25-00123  Dkt # 1  Filed  02/13/25  Page 7 of 48

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                        | |

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

U.S. Bankruptcy Court - Hawaii   #25-00123   Dkt # 1   Filed  02/13/25   Page 8 of 48

| | | | |
|---|---|---|---|
| **40.** | **Office fixtures** | | | |

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____

42.2 _____

42.3 _____

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 8:**    Machinery, equipment, and vehicles

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1 _____

47.2 _____

47.3 _____

47.4 _____

**48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____

U.S. Bankruptcy Court - Hawaii   #25-00123   Dkt # 1   Filed  02/13/25   Page 9 of 48

48.2 _____    _____  _____  _____

49. **Aircraft and accessories**

    49.1 _____    _____  _____  _____

    49.2 _____    _____  _____  _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    _____    _____  _____  _____

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                    [_____]

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    [_____]

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No
    ☐ Yes

U.S. Bankruptcy Court - Hawaii  #25-00123  Dkt # 1  Filed 02/13/25  Page 10 of 48

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59.**    **Does the debtor have any interests in intangibles or intellectual property?**

     ☑ No. Go to Part 11.

     ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets | | | |
| **61.** Internet domain names and websites | | | |
| **62.** Licenses, franchises, and royalties | | | |
| **63.** Customer lists, mailing lists, or other compilations | | | |
| **64.** Other intangibles, or intellectual property | | | |
| **65.** Goodwill | | | |

**66.**    **Total of Part 10**

     Add lines 60 through 65. Copy the total to line 89.      [_____]

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

     ☑ No

     ☐ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

     ☑ No

     ☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

| Part 11: | All other assets |
|---|---|

U.S. Bankruptcy Court - Hawaii   #25-00123   Dkt # 1   Filed  02/13/25   Page 11 of 48

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

_____  _____ – _____ ➡  _____
Total face amount    doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  _____

_____  Tax year _____  _____

_____  Tax year _____  _____

**73.** **Interests in insurance policies or annuities**

_____  _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  _____

Nature of claim  _____

Amount requested  _____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  _____

Nature of claim  _____

Amount requested  _____

**76.** **Trusts, equitable or future interests in property**

_____  _____

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____  _____

_____  _____

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.  _____

U.S. Bankruptcy Court - Hawaii  #25-00123  Dkt # 1  Filed  02/13/25  Page 12 of 48

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

  ☑ No

  ☐ Yes

**Part 12:**    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $19,934.67 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................ ➡ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + _____ | |
| 91. **Total.** *Add lines 80 through 90 for each column.*..........................91a. | $19,934.67 | + 91b. _____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................    **$19,934.67**

U.S. Bankruptcy Court - Hawaii   #25-00123   Dkt # 1   Filed 02/13/25   Page 13 of 48

Fill in this information to identify the case:

Debtor name **Maui Life Construction, LLC**

United States Bankruptcy Court for the: District of **Hawaii**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

<u>Official Form 206D</u>

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** **Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____
_____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

   **Department of Taxation**

   **Attn: Bankruptcy Unit**

   **P.O. Box 259**

   **Honolulu, HI 96809**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$1.00**     Priority amount: **$1.00**

**2.2**   Priority creditor's name and mailing address

   **Internal Revenue Service**

   **Centralized Insolvency Operation**

   **Po Box 7346**

   **Philadelphia, PA 19101-7346**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$17,951.65**     Priority amount: **$17,951.65**

| Debtor | **Maui Life Construction, LLC** | Case number *(if known)* _____ |
| --- | --- | --- |
| | Name | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
| --- | --- | --- |

**3.1** Nonpriority creditor's name and mailing address

**A&B Properties Hawaii LLC**

**Po Box 1300**

**Honolulu, HI 96807-1300**

Date or dates debt was incurred   **02/2024 - 04/2024**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$13,756.90**

**3.2** Nonpriority creditor's name and mailing address

**Al Shaka Rentals LLC**

**980 Auwaha St**

**Haiku, HI 96708**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Contractual**

Is the claim subject to offset?
☑ No
☐ Yes

**$34,000.00**

**3.3** Nonpriority creditor's name and mailing address

**Alaska Marine Lines**

**Po Box 24248**

**Seattle, WA 98124-0248**

Date or dates debt was incurred   **02/2024**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$16,000.00**

**3.4** Nonpriority creditor's name and mailing address

**Alliance Door Products**

**Po Box 553**

**Lynden, WA 98264-0553**

Date or dates debt was incurred   **11/2023**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,200.00**

| Part 2: | Additional Page |
| --- | --- |

**3.5** Nonpriority creditor's name and mailing address

**Ally Financial**

P.O. Box 8143

Cockeysville, MD 21030

Date or dates debt was incurred      **02/2024**

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,100.00

---

**3.6** Nonpriority creditor's name and mailing address

**Anderson Windows and Doors**

Po Box 100687

Pasadena, CA 91189-0003

Date or dates debt was incurred      _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$472.00

---

**3.7** Nonpriority creditor's name and mailing address

**Armstrong Builders**

80 Sand Island Access Rd Ste 209

Honolulu, HI 96819-4904

Date or dates debt was incurred      _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contractual**

Is the claim subject to offset?
☑ No
☐ Yes

$250,000.00

---

**3.8** Nonpriority creditor's name and mailing address

**Bobbie Carter**

324 Pualoa Nani Pl

Kihei, HI 96753-7766

Date or dates debt was incurred      _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contractual**

Is the claim subject to offset?
☑ No
☐ Yes

$7,000.00

| Debtor | **Maui Life Construction, LLC** | Case number *(if known)* |
|--------|--------------------------------|--------------------------|
| | Name | |

## Part 2: Additional Page

**3.9** Nonpriority creditor's name and mailing address

**Carol and Loren Schramm**

**12 S Kihei Rd # 44**

**Kihei, HI 96753-8843**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contractual**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,000.00**

---

**3.10** Nonpriority creditor's name and mailing address

**Choi & Ito**

**700 Bishop St Ste 1107**

**Honolulu, HI 96813-4113**

Date or dates debt was incurred **2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,500.00**

---

**3.11** Nonpriority creditor's name and mailing address

**Claudia Gerbaulet**

**223 Easy St**

**Kula, HI 96790**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contractual**

Is the claim subject to offset?
☑ No
☐ Yes

**$25,000.00**

---

**3.12** Nonpriority creditor's name and mailing address

**Dante C Gomez**

**c/o JACK R. NAIDITCH, ESQ.**

**Po Box 485**

**Kula, HI 96790-0485**

Date or dates debt was incurred **08/2022**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$9,000.00**

U.S. Bankruptcy Court - Hawaii 12/13/25    Page 18 of 48

## Part 2: Additional Page

| | |
|---|---|
| **3.13** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $8,000.00 |

**3.13** Nonpriority creditor's name and mailing address

**Darren & Paige Egami**

**50 Kamalei Cir**

**Kahului, HI 96732**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$8,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contractual**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

**DHX**

**449 E Ahuliu Way**

**Wailuku, HI 96793-3302**

Date or dates debt was incurred      **04/24**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$2,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

**Douglas Berry**

**30 Lilinoe Pl**

**Makawao, HI 96768**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$35,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contractual**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

**Employer Options**

**140 Hoohana St**

**Kahului, HI 96732-2467**

Date or dates debt was incurred      **01/2024**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$6,533.39**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Maui Life Construction, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**3.17** Nonpriority creditor's name and mailing address

**Emtek**

Po Box 31001-0823

Pasadena, CA 91110-0001

Date or dates debt was incurred    **01/2024**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$941.60**

---

**3.18** Nonpriority creditor's name and mailing address

**Erik Pounder**

5295 Lower Honoapiilani Rd

Lahaina, HI 96761-9158

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contractual**

Is the claim subject to offset?
☑ No
☐ Yes

**$16,300.00**

---

**3.19** Nonpriority creditor's name and mailing address

**First Insurance Funding**

Po Box 7000

Carol Stream, IL 60197-7000

Date or dates debt was incurred    **08/2023 - 02/2024**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$30,524.00**

---

**3.20** Nonpriority creditor's name and mailing address

**Hawaii Petrolium**

385 Hukilike St Ste 101

Kahului, HI 96732-3522

Date or dates debt was incurred    **02/2024**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,167.62**

---

---

**Part 2:** Additional Page

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00
| **Hawaiian Electric Company** | *Check all that apply.* |
| | ☐ Contingent |
| **Po Box 2750** | ☐ Unliquidated |
| **Honolulu, HI 96840-0001** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   **02/2024** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number   __ __ __ __ | ☐ Yes |

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,000.00
| **Hawaiiana Management Company, Ltd.** | *Check all that apply.* |
| | ☐ Contingent |
| **711 Kapiolani Blvd Ste 700** | ☐ Unliquidated |
| **Honolulu, HI 96813-5249** | ☐ Disputed |
| | **Basis for the claim:**  **Contractual** |
| Date or dates debt was incurred   _____ | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number   __ __ __ __ | ☐ Yes |

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,000.00
| **Hormann Northwest Door** | *Check all that apply.* |
| | ☐ Contingent |
| **19000 Canyon Rd E** | ☐ Unliquidated |
| **Puyallup, WA 98375-9746** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   **11/2023** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number   __ __ __ __ | ☐ Yes |

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $45,000.00
| **HRT Realty** | *Check all that apply.* |
| | ☐ Contingent |
| **Po Box 1300** | ☐ Unliquidated |
| **Honolulu, HI 96807-1300** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred   **02/2024 - 05/2024** | **Is the claim subject to offset?** |
| | ☑ No |
| Last 4 digits of account number   __ __ __ __ | ☐ Yes |

| Part 2: | Additional Page |
|---|---|

**3.25** Nonpriority creditor's name and mailing address

**Jeff Roberts**

**1 Ironwood Ln**

**Lahaina, HI 96761-9043**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contractual**

Is the claim subject to offset?
☑ No
☐ Yes

$800.00

---

**3.26** Nonpriority creditor's name and mailing address

**Kaleialoha Condominium**

**3785 L Honoapiilani Road**

**Lahaina, HI 96761**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contractual**

Is the claim subject to offset?
☑ No
☐ Yes

$35,000.00

---

**3.27** Nonpriority creditor's name and mailing address

**Kuhio Shores**

**5050 Lawai Rd**

**Koloa, HI 96756-9611**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contractual**

Is the claim subject to offset?
☑ No
☐ Yes

$44,000.00

---

**3.28** Nonpriority creditor's name and mailing address

**La Cantina Doors**

**1875 Ord Way**

**Oceanside, CA 92056-3589**

Date or dates debt was incurred **10/2023 - 12/2023**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$37,800.00

---

| Debtor | **Maui Life Construction, LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

**Part 2:  Additional Page**

---

**3.29**  Nonpriority creditor's name and mailing address

**Leaf**

**Po Box 5066**

**Hartford, CT 06102-5066**

Date or dates debt was incurred    **02/2024**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,500.00

---

**3.30**  Nonpriority creditor's name and mailing address

**Linda Hill**

**3234 S Kihei Rd**

**Kihei, HI 96753-9605**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Contractual**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$47,000.00

---

**3.31**  Nonpriority creditor's name and mailing address

**Lynden Incorporated**

**Po Box 3996**

**Seattle, WA 98124-3996**

Date or dates debt was incurred    **12/2023**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$12,000.00

---

**3.32**  Nonpriority creditor's name and mailing address

**Mara Cole**

**426 Ainakula Rd**

**Kula, HI 96790-8209**

Date or dates debt was incurred    **01/2024**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Contractual**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$7,700.00

---

x

EFS. Bankruptcy Court - Hawaii 2/13/25  Page 23 of 48

| Part 2: | Additional Page |
| --- | --- |

### 3.33

**Nonpriority creditor's name and mailing address**

**Marvin Windows and Doors**

**Po Box 1450**

**Minneapolis, MN 55485-1450**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$1,500.00**

---

### 3.34

**Nonpriority creditor's name and mailing address**

**Maui Office Machines**

**280 Hookahi St**

**Wailuku, HI 96793-3409**

Date or dates debt was incurred    02/2024

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$300.00**

---

### 3.35

**Nonpriority creditor's name and mailing address**

**Menehune Shores**

**760 S Kihei Rd**

**Kihei, HI 96753-7515**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Contractual**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$1,250.00**

---

### 3.36

**Nonpriority creditor's name and mailing address**

**Merchant Services**

**Po Box 9599**

**Knoxville, TN 37940-0599**

Date or dates debt was incurred    02/2024

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$46,200.00**

| Debtor | **Maui Life Construction, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

x

| Debtor | **Maui Life Construction, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 2:** Additional Page

**3.37** Nonpriority creditor's name and mailing address

**Michael R Birtler**

**16290 Haleakala Hwy**

**Kula, HI 96790-8020**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$25,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address

**Milgred Manufacturing**

**Po Box 94051**

**Seattle, WA 98124-9451**

Date or dates debt was incurred   **02/2024**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$20,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address

**OREPAC Building Products**

**Po Box 102292**

**Pasadena, CA 91189-0113**

Date or dates debt was incurred   **02/2024**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$11,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address

**Phil & Sue Priebe**

**3150 Wailea Alanui Dr Apt 3501**

**Kihei, HI 96753-7764**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$9,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contractual**

Is the claim subject to offset?
☑ No
☐ Yes

U.S. Bankruptcy Court - Hawaii     Claim #2-1 filed 02/13/25     Page 25 of 48

| Part 2: | Additional Page |
|---|---|

---

**3.41** Nonpriority creditor's name and mailing address

**Plygem**

**5020 Weston Pkwy Ste 400**

**Cary, NC 27513-2322**

Date or dates debt was incurred    **02/2024**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,500.00

---

**3.42** Nonpriority creditor's name and mailing address

**Quickbooks**

**2700 Coast Ave**

**Mountain View, CA 94043-1140**

Date or dates debt was incurred    **06/2023**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$63,851.57

---

**3.43** Nonpriority creditor's name and mailing address

**Quickbooks**

**2700 Coast Ave**

**Mountain View, CA 94043-1140**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contractual**

Is the claim subject to offset?
☑ No
☐ Yes

$2,500.00

---

**3.44** Nonpriority creditor's name and mailing address

**Rick Snyder**

**60 Keonekai Rd Bldg 26 Unit 201**

**Kihei, HI 96753**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contractual**

Is the claim subject to offset?
☑ No
☐ Yes

$7,025.00

---

| Part 2: | Additional Page |
|---|---|

**3.45** Nonpriority creditor's name and mailing address

**Rudolf Molnar**

**641 Luahoana Pl**

**Wailuku, HI 96793-5411**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contractual**

Is the claim subject to offset?
☑ No
☐ Yes

$2,400.00

---

**3.46** Nonpriority creditor's name and mailing address

**RVC Hawaii, LLC**

**c/o Damon Key Leong Kupchak Hastert**

**1003 Bishop St Ste 1600**

**Honolulu, HI 96813-6452**

Date or dates debt was incurred      **01/2023**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Contractual**

Is the claim subject to offset?
☑ No
☐ Yes

$245,000.00

---

**3.47** Nonpriority creditor's name and mailing address

**SBA U.S. Small Business Administration**

**14925 Kingsport Rd**

**Fort Worth, TX 76155-2243**

Date or dates debt was incurred      **5/2020**

Last 4 digits of account number __ __ __ __

Remarks: EIDL Loan

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$150,000.00

---

**3.48** Nonpriority creditor's name and mailing address

**Spectrum**

**Po Box 30050**

**Honolulu, HI 96820-0050**

Date or dates debt was incurred      **02/2024**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$500.00

---

| Part 2: | Additional Page |
|---|---|

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,500.00 |
|---|---|---|---|

**Spectrum**

**Po Box 30050**

**Honolulu, HI 96820-0050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utility__

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,000.00 |
|---|---|---|---|

**Steve Heidebrink**

**Kaanapali Shores Unit 448**

**Lahaina, HI 96761**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Contractual__

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,000.00 |
|---|---|---|---|

**The Kelleher Corporation**

**Po Box 8613**

**Pasadena, CA 91109-8608**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred __01/2024__

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $909.00 |
|---|---|---|---|

**T-Mobile**

**Po Box 629025**

**El Dorado Hls, CA 95762-9025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred __02/2024__

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Part 2: | Additional Page |
|---|---|

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00

__Trudoor LLC__

__4615 W Mcdowell Rd # 101__

__Phoenix, AZ 85035-4122__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   __06/2023__

**Basis for the claim:** _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,000.00

__Vance Vanevenhoven__

__520 Pacific Dr__

__Lahaina, HI 96761-9000__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

**Basis for the claim:** __Contractual__

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00

__Wailea Golf Resort__

__131 Wailea Ike Pl__

__Kihei, HI 96753__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

**Basis for the claim:** __Contractual__

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00

__Waste Pro Hawaii LLC__

__Po Box 1022__

__Puunene, HI 96784-1022__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   __04/2024__

**Basis for the claim:** _____

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Maui Life Construction, LLC | Case number *(if known)* |
| --- | --- | --- |
| | Name | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,100,000.00 |
| --- | --- | --- | --- |

**WWS Acquisition dba Western Windows**

**Po Box 207948**

**Dallas, TX 75320**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| **Date or dates debt was incurred** | **01/2023 - 02/2024** |
| --- | --- |

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor | **Maui Life Construction, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Carlsmith Ball, LLP** <br> **2200 Main St Ste 400** <br> **Wailuku, HI 96793-1691** | Line **3.24** <br> ☐ Not listed. Explain | ___ ___ ___ ___ |

U.S. Bankruptcy Court - Hawaii #25-00828 Dkt # 1 Filed 06/13/25  Page 31 of 48

| Debtor | Maui Life Construction, LLC | Case number *(if known)* |
|--------|---------------------------|--------------------------|
|        | Name                      |                          |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|--|--|--|---------------------------|
| 5a. | **Total claims from Part 1** | 5a. | **$17,952.65** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$2,654,731.08** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$2,672,683.73** |

Fill in this information to identify the case:

Debtor name     **Maui Life Construction, LLC**

United States Bankruptcy Court for the:

**District of Hawaii**

Case number (if known): _____ Chapter    **7**

☐ Check if this is an
amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☑ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

☐ Check if this is an
amended filing

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| 1. | Does the debtor have any codebtors? |
|----|-------------------------------------|
|    | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
|    | ☑ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | **Keenan, Andrew Leonard** | **1577 Naalae Rd**<br>Street<br><br>**Kula, HI 96790-7750**<br>City          State          ZIP Code | **Dante C Gomez**<br><br><br>**RVC Hawaii, LLC** | ☐ D<br>☑ E/F<br>☐ G<br>☐ D<br>☑ E/F<br>☐ G |
| 2.2 | **Maui Windows and Doors, LLC** | **1577 Naalae Rd**<br>Street<br><br>**Kula, HI 96790-7750**<br>City          State          ZIP Code | **HRT Realty** | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 | _____ | _____<br>Street<br><br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | _____<br>Street<br><br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

U.S. Bankruptcy Court - Hawaii   #25-00123   Dkt # 1   Filed  02/13/25   Page 34 of 48

| Debtor | Maui Life Construction, LLC | Case number (if known) |
|--------|---------------------------|------------------------|
|        | Name                      |                        |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ <br><br> _____ <br><br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | _____ | Street _____ <br><br> _____ <br><br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Fill in this information to identify the case:

Debtor name     **Maui Life Construction, LLC**

United States Bankruptcy Court for the:

**District of Hawaii**

Case number (if known): _____    Chapter    **7**

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.................................................................

   | $0.00 |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*.............................................................

   | $19,934.67 |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*...............................................................

   | $19,934.67 |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $0.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................

   | $17,952.65 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................

   | + $2,654,731.08 |

4. **Total liabilities**...............................................................................................

   Lines 2 + 3a + 3b

   | $2,672,683.73 |

Debtor name **Maui Life Construction, LLC**

United States Bankruptcy Court for the:

**District of Hawaii**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  <u>02/13/2025</u>
MM/ DD/ YYYY

**X** /s/ Andrew Leonard Keenan
Signature of individual signing on behalf of debtor

**Andrew Leonard Keenan**
Printed name

**Owner**
Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Hawaii

**In re**    Maui Life Construction, LLC

Case No. _____

**Debtor**

Chapter _____ **7** _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .......................................................................................    **$4,662.00**

Prior to the filing of this statement I have received ...........................................................................    **$4,662.00**

Balance Due ......................................................................................................................................    **$0.00**

2.    The source of the compensation paid to me was:

☑ Debtor         ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor         ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the debtors in any stay violation actions, dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**02/13/2025**                                    **/s/ Ofir Raviv**

Date                                              Ofir Raviv
                                                  *Signature of Attorney*

                                                  Bar Number: 10413
                                                  Square One Legal LLLC
                                                  1001 Bishop St. 2850
                                                  Honolulu, HI 96813
                                                  Phone: (808) 201-6000

                                                  **Square One Legal LLLC**
                                                  *Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
**HONOLULU DIVISION**

IN RE: **Maui Life Construction, LLC**
CASE NO

CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **02/13/2025**    Signature      **/s/ Andrew Leonard Keenan**

                                  Andrew Leonard Keenan, Owner

A&B Properties Hawaii LLC
Po Box 1300
Honolulu, HI 96807-1300


Al Shaka Rentals LLC
980 Auwaha St
Haiku, HI 96708


Alaska Marine Lines
Po Box 24248
Seattle, WA 98124-0248


Alliance Door Products
Po Box 553
Lynden, WA 98264-0553


Ally Financial
P.O. Box 8143
Cockeysville, MD 21030


Anderson Windows and Doors
Po Box 100687
Pasadena, CA 91189-0003


Armstrong Builders
80 Sand Island Access Rd Ste 209
Honolulu, HI 96819-4904


Bobbie Carter
324 Pualoa Nani Pl
Kihei, HI 96753-7766

Carlsmith Ball, LLP
2200 Main St Ste 400
Wailuku, HI 96793-1691


Carol and Loren Schramm
12 S Kihei Rd # 44
Kihei, HI 96753-8843


Choi & I to
700 Bishop St Ste 1107
Honolulu, HI 96813-4113


Claudia Gerbaulet
223 Easy St
Kula, HI 96790


Dante C Gomez
c/o JACK R. NAIDITCH, ESQ.
Po Box 485
Kula, HI 96790-0485


Darren & Paige Egami
50 Kamalei Cir
Kahului, HI 96732


Department of Taxation
Attn: Bankruptcy Unit
P.O. Box 259
Honolulu, HI 96809


DHX
449 E Ahuliu Way
Wailuku, HI 96793-3302

Douglas Berry
30 Lilinoe Pl
Makawao, HI 96768


Employer Options
140 Hoohana St
Kahului, HI 96732-2467


Emtek
Po Box 31001-0823
Pasadena, CA 91110-0001


Equifax Credit Information
Po Box 740241
Atlanta, GA 30374-0241


Erik Pounder
5295 Lower Honoapiilani Rd
Lahaina, HI 96761-9158


Experian
Po Box 2002
Allen, TX 75013-2002


First Insurance Funding
Po Box 7000
Carol Stream, IL 60197-7000


Hawaii Petrolium
385 Hukilike St Ste 101
Kahului, HI 96732-3522

Hawaiian Electric Company
Po Box 2750
Honolulu, HI 96840-0001


Hawaiiana Management
Company, Ltd.
711 Kapiolani Blvd Ste 700
Honolulu, HI 96813-5249


Hormann Northwest Door
19000 Canyon Rd E
Puyallup, WA 98375-9746


HRT Realty
Po Box 1300
Honolulu, HI 96807-1300


Internal Revenue Service
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346


Jeff Roberts
1 Ironwood Ln
Lahaina, HI 96761-9043


Kaleialoha Condominium
3785 L Honoapiilani Road
Lahaina, HI 96761


Kuhio Shores
5050 Lawai Rd
Koloa, HI 96756-9611

La Cantina Doors
1875 Ord Way
Oceanside, CA 92056-3589


Leaf
Po Box 5066
Hartford, CT 06102-5066


Linda Hill
3234 S Kihei Rd
Kihei, HI 96753-9605


Lynden Incorporated
Po Box 3996
Seattle, WA 98124-3996


Mara Cole
426 Ainakula Rd
Kula, HI 96790-8209


Marvin Windows and Doors
Po Box 1450
Minneapolis, MN 55485-1450


Maui Office Machines
280 Hookahi St
Wailuku, HI 96793-3409


Menehune Shores
760 S Kihei Rd
Kihei, HI 96753-7515

Merchant Services
Po Box 9599
Knoxville, TN 37940-0599

Michael R Birtler
16290 Haleakala Hwy
Kula, HI 96790-8020

Milgred Manufacturing
Po Box 94051
Seattle, WA 98124-9451

OREPAC Building Products
Po Box 102292
Pasadena, CA 91189-0113

Phil & Sue Priebe
3150 Wailea Alanui Dr Apt 3501
Kihei, HI 96753-7764

Plygem
5020 Weston Pkwy Ste 400
Cary, NC 27513-2322

Quickbooks
2700 Coast Ave
Mountain View, CA 94043-1140

Rick Snyder
60 Keonekai Rd Bldg 26 Unit 201
Kihei, HI 96753

Rudolf Molnar
641 Luahoana Pl
Wailuku, HI 96793-5411

RVC Hawaii, LLC
c/o Damon Key Leong Kupchak Hastert
1003 Bishop St Ste 1600
Honolulu, HI 96813-6452

SBA U.S. Small Business
Administration
14925 Kingsport Rd
Fort Worth, TX 76155-2243

Spectrum
Po Box 30050
Honolulu, HI 96820-0050

Steve Heidebrink
Kaanapali Shores Unit 448
Lahaina, HI 96761

The Kelleher Corporation
Po Box 8613
Pasadena, CA 91109-8608

T-Mobile
Po Box 629025
El Dorado Hls, CA 95762-9025

Transunion
Po Box 2000
Chester, PA 19016

Trudoor LLC
4615 W Mcdowell Rd # 101
Phoenix, AZ 85035-4122


Vance Vanevenhoven
520 Pacific Dr
Lahaina, HI 96761-9000


Wailea Golf Resort
131 Wailea Ike Pl
Kihei, HI 96753


Waste Pro Hawaii LLC
Po Box 1022
Puunene, HI 96784-1022


WWS Acquisition dba Western
Windows
Po Box 207948
Dallas, TX 75320